[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 20, 2003
THOMAS K. KAHN
CLERK

No. 01-10331

D.C. Docket No. 00-01169-CV-FAM

ADMIRAL INSURANCE COMPANY,

Plaintiff-Counter-
Defendant,

versus

FEIT MANAGEMENT COMPANY,
TERRA COTTA PLACE APARTMENTS, INC.,
a Florida corporation, et al.,

Defendants-Appellees,

TWIN CITY FIRE INSURANCE,
NATIONAL SURETY CORPORATION,
RELIANCE NATIONAL INSURANCE COMPANY,

Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Florida

(March 20, 2003)

Before CARNES, HILL and FARRIS*, Circuit Judges.

BY THE COURT:

The Motion for Clarification, filed by appellants, National Surety and

Reliance, on March 10, 2003, is GRANTED, and the judgment entered herein on

February 19, 2003, is hereby corrected by deleting the last three words of Part III

of the opinion ("for the plaintiff") and substituting "in accordance with this

opinion" so that the revised sentence reads:

> Accordingly, the judgments of the district court are reversed
> and the case is remanded with instructions to enter judgment in
> accordance with this opinion.

The Motion for Rehearing And/Or Clarification, filed by appellee, Feit

Management Company, is DENIED.

---

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.